JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DURST, | CV 24-6307 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HATCH BABY, INC., | |
| Defendant. | |

Pursuant to the Court's August 14, 2024 Minute Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 14, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE